U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Nov 13 2026
CAROL L. MICHEL
CLERK

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Bulk Trading S.A. | COURT CASE NUMBER<br>2:26-cv-02563 |
| DEFENDANT<br>Hanson Bulk Pte. Ltd. | TYPE OF PROCESS<br>Writ of Attachment |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
bunkers, and other tangible and/or intangible property of defendant aboard the M/V CEDAR, IMO 9403035

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
New Orleans, Louisiana. At a terminal and berth to be determined

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285: 5 |
| Fraser K. Mitchell, Esq.<br>Galloway, Johnson, Tompkins, Burr & Smith PLC<br>701 Poydras Street, Suite 4000<br>fmitchell@gallowaylawfirm.com | Number of parties to be served in this case: 1<br>Check for service on U.S.A.: N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

The vessel, and the bunkers, and other tangible and/or intangible property of defendant aboard the M/V CEDAR, are currently at anchor in the Mississippi River near New Orleans, Louisiana.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | (985) - 956-1095 | 11/9/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 34 | No. 34 | [signature] | 11-9-26 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Wang Li Ping - Captain | 11/9/26 | 1608 | ☐ am ☑ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| 1911 Stonebridge Dr. Gretna LA 70058 | [signature] |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS